# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **FREIGHTHATE, INC.,** *Plaintiff,* <br><br> v. <br><br> **RITE WAY FREIGHT LTD.,** *Defendant.* | Civil No. 24-2108 |

## ORDER

**AND NOW**, on this 19th day of December, 2025, upon consideration of Defendant's Motion to Dismiss (ECF No. 7) and all corresponding briefing, it is hereby **ORDERED** that Defendant's Motion is **DENIED**.

BY THE COURT:

_____
MARY KAY COSTELLO, J.